# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEAUNDRAY GASTON,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 74654

FILED

FEB 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a petition for writ of mandamus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

The documents before this court do not indicate that a petition for writ of mandamus has been filed in district court case number C107652, the case number designated in the notice of appeal. Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, we conclude that lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

                                         _Pickering_, J.
                                       Pickering

_Gibbons_, J.                            _Hardesty_, J.
Gibbons                                 Hardesty

18-04638

cc: Hon. Michael Villani, District Judge
DeAundray Gaston
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk